IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRINA RENEE SANDERS,

     Petitioner,                   No. CIV S-07-0154 DFL DAD P

    vs.

STATE OF CALIFORNIA, et al.,

     Respondents.              <u>ORDER</u>

/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Although petitioner states in her request for appointment of counsel that she is indigent, she has not filed an application to proceed in forma pauperis. <u>See</u> 28 U.S.C. §§ 1914(a) & 1915(a). Petitioner will be granted thirty days to file an application to proceed in forma pauperis.

        After petitioner submits a properly completed application to proceed in forma pauperis, the court will entertain petitioner's request for appointment of counsel and her motion to hold these proceedings in abeyance pending disposition of a state habeas petition filed in the California Supreme Court on December 15, 2006.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days after this order is filed, an application to proceed in forma pauperis; any request for extension of time to comply with this order should be filed before the thirty-day period expires; petitioner is cautioned that failure to comply with court orders may result in sanctions or a recommendation that this action be dismissed.

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district in habeas corpus proceedings.

DATED: January 31, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
sand0154.101a

2