IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRINA RENEE SANDERS,

    Petitioner,                    No. CIV S-07-0154 DFL DAD P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to this court's order filed January 31, 2007, petitioner has filed an application to proceed in forma pauperis and has paid the $5.00 filing fee.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Petitioner has also filed a request for appointment of counsel. More specifically, petitioner requests appointment of Randi Covin, petitioner's state appellate attorney. Mr. Covin has expressed willingness to accept appointment. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel.

1  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).
2  In accordance with the court's standard procedure, this court will appoint the Federal Defender to
3  represent the petitioner.  Upon reviewing the case, if appropriate the Federal Defender's Office
4  may request that petitioner's appellate counsel be appointed to represent petitioner before this
5  court.
6           Petitioner has also filed a motion to hold proceedings in abeyance.  Since
7  petitioner may be entitled to relief if the claimed violations of constitutional rights are proved,
8  respondents will be directed to file a response to petitioner's motion to hold proceedings in
9  abeyance.
10          Good cause appearing, IT IS HEREBY ORDERED that:
11          1. Petitioner's application to proceed in forma pauperis is granted;
12          2. Petitioner's request for appointment of counsel is granted;
13          3. The Federal Defender is appointed to represent petitioner;
14          4. The Clerk of the Court is directed to transmit a copy of each document filed in
15  this action on David Porter, Assistant Federal Defender;
16          5. The Clerk of the Court shall serve a copy of this order together with a copy of
17  petitioner's application for writ of habeas corpus (docket #1) and a copy of petitioner's motion to
18  hold proceedings in abeyance (docket #3) on Michael Patrick Farrell, Senior Assistant Attorney
19  General;
20          6. A hearing on petitioner's motion to hold proceedings in abeyance will be held
21  on May 4, 2007, at 10:00 a.m. in Courtroom 27;
22          7. Respondents' opposition or statement of non-opposition to petitioner's motion
23  to hold proceedings in abeyance shall be filed and served on or before April 20, 2007;
24          8. Petitioner's reply to any opposition shall be filed and served on or before April
25  27, 2007; and
26  /////

1    9.  The Clerk of the Court is directed to serve a courtesy copy of this order on
2 Randi Covin, 4100 Redwood Road, Suite 396, Oakland, CA 94619.
3 DATED: March 12, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
sand0154.mod110a