IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRINA RENEE SANDERS,  )
                     )   No. CIV S-07-0154 DFL DAD
       Petitioner,   )
                     )
       v.            )
                     )   ORDER
STATE OF CALIFORNIA, et al., )
                     )
       Respondents.  )
_____)

    Pursuant to the Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that RANDI COVIN shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

DATED: March 23, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/sand0154.sub