IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRINA RENEE SANDERS,

    Petitioner,               No. CIV S-07-0154 RRB DAD P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.          ORDER

        On April 25, 2007, this action was stayed, and petitioner was directed to file a motion to lift stay with a proposed amended petition containing only exhausted claims, within thirty days after completion of state habeas proceedings. Petitioner has informed the court that the California Supreme Court denied her state habeas petition on June 20, 2007. Petitioner has filed a motion to lift stay of this action. However, petitioner has not filed a motion for leave to file an amended petition or a proposed amended petition. Good cause appearing, IT IS HEREBY ORDERED that petitioner shall file a motion for leave to file an amended petition and a proposed amended petition within thirty days of the date of this order.

DATED: July 11, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
sand0154.ampet