IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRINA RENEE SANDERS,

    Petitioner,                    No. CIV S-07-0154 RRB DAD P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.               ORDER

_____/

    On April 25, 2007, this action was stayed, and petitioner was directed to file a motion to lift stay within thirty days after completion of state habeas proceedings. Petitioner has informed the court that the California Supreme Court denied her state petition on June 20, 2007. Petitioner has also filed a motion to lift stay of this action, a motion for leave to file a first amended petition, and a proposed first amended petition. Good cause appearing, petitioner's motions will be granted. The Clerk of the Court will be directed to re-open this case and to file petitioner's first amended petition.

    Since petitioner may be entitled to habeas corpus relief if the claimed violations of constitutional rights are proved, respondents will be directed to file a response to petitioner's first amended petition.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's July 2, 2007 motion to lift stay is granted;

2. Petitioner's August 10, 2007 motion for leave to file an amended petition is granted;

3. The Clerk of the Court is directed to re-open this case and file petitioner's first amended petition;

4. Respondents are directed to file a response to petitioner's August 10, 2007 first amended habeas petition within thirty days after this order is filed. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the habeas petition. See Rule 5, Fed. R. Governing § 2254 Cases;

5. If the response to petitioner's habeas petition is a motion, the motion shall be noticed and briefed in accordance with Local Rule 78-230(b), (c) and (d);

6. If the response to petitioner's habeas petition is an answer, petitioner's reply to the answer shall be filed and served within thirty days after the answer is served. Any motion for an evidentiary hearing shall be filed and served concurrently with petitioner's reply to the answer; and

7. All motions shall be noticed for hearing before the undersigned on a regularly scheduled law and motion calendar. Parties may appear at the hearing telephonically. To arrange telephonic appearance, a party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 no later than three days prior to the hearing.

DATED: September 17, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
sand0154.lft