IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRINA RENEE SANDERS,** | CIV S-07-0154 RRB DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Respondents. | |

On October 15, 2007, Respondents' requested an extension of time to file an answer to petitioner's first amended petition for writ of habeas corpus. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondents' application for a thirty (30) day enlargement of time to and including November 17, 2007, to file an answer to the first amended petition for writ of habeas corpus, is GRANTED.

DATED: October 16, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/sand0154.111