IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRINA RENEE SANDERS,

      Petitioner,                No. CIV S-07-0154 RRB DAD P

   vs.

STATE OF CALIFORNIA, et al.,

      Respondents.           <u>STIPULATION AND ORDER</u>

_____/

      It has come to the parties' attention in this matter that the copy of Petitioner's petition for writ of habeas corpus filed in the California Supreme Court and lodged in this Court as Lodged Document F, is an incomplete copy of the petition filed by Petitioner and denied by the California Supreme Court. Petitioner and Respondent hereby stipulate that the incomplete copy lodged as Document F should be stricken and the attached complete copy (sent via Priority Mail) should be lodged as Document F in its place.

/////

/////

/////

/////

1

| | | |
|---|---|---|
| 1 | DATED:  December 4, 2007 | /s/  Randi Covin |
| 2 | | RANDI COVIN |
| 3 | | Attorney for Petitioner |
| | | TRINA RENEE SANDERS |
| 4 | DATED:  November 29, 2007 | /s/  Judy Kaida |
| 5 | | JUDY KAIDA |
| | | Attorney for Respondents |
| 6 | | STATE OF CAL., ET. AL. |

**IT IS SO ORDERED.**

DATED: December 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
sand0154.exf