IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINA RENEE SANDERS,<br><br>       Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>       Respondent. | No. CV-07-cv-154 RHW JPH<br><br>ORDER DENYING ISSUANCE OF A CERTIFICATE OF APPEALABILITY<br>(Ct. Rec. 38) |

    Petitioner is a state prisoner proceeding with appointed counsel and in forma pauperis with petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Ct. Rec. 1, amended at Ct. Rec. 22). The parties consented to a magistrate judge's jurisdiction. (Ct. Rec.8.)

    On August 24, Petitioner filed a notice of appeal (Ct. Rec. 38) of the July 29, 2009, order denying the petition for a writ (Ct. Rec. 36). "If no express request for a certificate is filed, the notice of appeal constitutes a request addressed to the judges of the court of appeals." Fed. R. App. P. 22(b)(3). A state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his or her petition, and an appeal is only allowed in certain circumstances.

- 1 -

*Miller-El v. Cockrell*, 123 S.Ct. 1029, 1039 (2003). The controlling statute in determining whether to issue a certificate of appealabilty is 28 U.S.C. § 2253, which provides:

> (a) In a habeas corpus proceeding or a proceeding under section 2255 before a district judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held.
>
> (b) There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place for commitment or trial a person charged with a criminal offense against the United States, or to test the validity of such person's detention pending removal proceedings.
>
> (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from-
>
>> (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or
>> (B) the final order in a proceeding under section 225.
>
> (2) A certificate of appealability may issue under

>   paragraph (1) only if the applicant has made a
>   substantial showing of the denial of a constitutional
>   right.
>
>   (3) The certificate of appealability under paragraph (1)
>   shall indicate which specific issue or issues satisfy the
>   showing required by paragraph (2).

28 U.S.C. § 2253.

Therefore, final orders issued by a federal district court in habeas proceedings are reviewable by the circuit court of appeals. 28 U.S.C. § 2253(a). In order to have final orders reviewed, Petitioner must obtain a certificate of appealability. 28 U.S.C. § 2253(c). This court will issue a certificate of appealability when a petitioner makes a substantial showing of a the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). To make a substantial showing, the Petitioner must establish that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDaniel*, 120 S.Ct. 1595, 1603-04 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).

In the present case, the Court finds that Petitioner has not made the required substantial showing of the denial of a constitutional right. It is not apparent that reasonable jurists

would differ on whether the petition should have been resolved in a different manner. Accordingly, the Court hereby **DENIES** Petitioner's request for issuance of a certificate of appealabilty.

**IT IS SO ORDERED.**

DATED this 25th day of August, 2009.

<u>s/ James P. Hutton</u>
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

- 4 -